# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **FOCUSONE SOLUTIONS, LLC,** | |
| Plaintiff, | 8:19CV432 |
| vs. | |
| **ATLAS MEDSTAFF, LLC,** | ORDER |
| Defendant, | |
| and | |
| **COMPLETE BUSINESS SOLUTIONS GROUP, INC, d/b/a PAR FUNDING,** | |
| **Defaulted Defendant.** | |

Counsel have notified the undersigned magistrate judge that the plaintiff and defendant Atlas Medstaff, LLC have settled their claims. Accordingly,

**IT IS ORDERED:**

1. On or before **July 7, 2020**, the plaintiff shall file an amended motion for leave to deposit funds;
2. Within 21-days after the funds are deposited with the registry of the Court, the settling parties shall file a joint stipulation of dismissal or take other action as appropriate to fully resolve this case; and
3. All other remaining case deadlines are terminated.

Dated this 16th day of June, 2020.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge