# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **FOCUSONE SOLUTIONS, LLC,** | |
| Plaintiff, | 8:19CV432 |
| vs. | |
| **ATLAS MEDSTAFF, LLC,** | ORDER |
| Defendant, | |
| and | |
| **COMPLETE BUSINESS SOLUTIONS GROUP, INC, d/b/a PAR FUNDING,** | |
| Defaulted Defendant. | |

Upon review of the Motion for Leave to Deposit (Filing No. 42) filed by Plaintiff, FocusOne Solutions, LLC, and consented to by Defendant, Atlas Medstaff, LLC,

**IT IS ORDERED:**

1. Plaintiff's Motion for Leave to Deposit (Filing No. 42) is granted;

2. On or before July 15, 2020, Plaintiff shall deposit the amount of $13,884.63 with the Clerk of the Court for the United States District Court for the District of Nebraska; and

3. The Clerk is directed to deposit the aforementioned funds into an interest-bearing account until further order of this Court under 28 U.S.C. § 2041 and NECivR 67.1.

Dated this 7th day of July, 2020.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge